

ENTERED
10/12/2010

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

IN RE: §
§
James Morris §
§ BANKRUPTCY CASE NUMBER
(Debtor), § 04-82772-GE-13
§
§
§

#45

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Southwest Student Services, in the amount of $1,643.29, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on June 22, 2010 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Sallie Mae, Inc. c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $1,643.29 to Dilks & Knopik, LLC and Sallie Mae, Inc. at the following address:

P.O. Box 2728,
Issaquah, WA 98027-0125

Dated: OCT 1 2 2010

_____
UNITED STATES BANKRUPTCY JUDGE

Unclaimed.fds
06/23/98